May Term, 1861.

THE STATE v. MANERS.

---

## POTTER and Another v. BENNETT.

APPEAL from the *Tippecanoe* Common Pleas.

*Per Curiam.* — Suit on note; judgment for the plaintiff. No motion was made to have the cause certified to the Circuit Court on account of title to real estate coming in question. It does not appear by the record, that there was any controversy on the trial about the title to real estate. The judgment is affirmed, on the authority of *Harvey* v. *Dakin*, 12 Ind. 481.

The judgment is affirmed, with 1 per cent. damages and costs.

*D. Mace*, for the appellants.